UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Richard Ammar Chichakli, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 1:16-CV-12258-GAO |
| | * |
| J. Grondolsky et al | * |
| | * |
| Defendant. | * |

ORDER OF DISMISSAL

July 28, 2017

O'Toole, D.J.

    Pursuant to the Electronic order [25] entered on 07/28/2017, this case is hereby dismissed and CLOSED.

    IT IS SO ORDERED.

                                            /s/ George A. O'Toole, Jr.

                                            United States District Judge